UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TERRELL K. BROCK,<br><br>                     Plaintiff,<br><br>-against-<br><br>VASSAR BROTHERS MEDICAL CENTER,<br><br>                     Defendant. | 22-CV-9342 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the November 28, 2022, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   November 28, 2022
             New York, New York

                                                  /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                                Chief United States District Judge